JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV09-0451-AG(ANx) | Date | November 30, 2009 |
|---|---|---|---|
| Title | NUGEN INTERNATIONAL INCORPORATED, ET AL v JAMES. I FLOYD, ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD, United States District Judge | |
|---|---|---|
| Lisa Bredahl | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     [IN CHAMBERS] ORDER DISMISSING CASE

On November 2, 2009, the Court received a stipulation for dismissal of the remaining defendants in this case, Donald W. Kennedy and Janice G. Kennedy.  The Court accepts the stipulation and the defendants are ordered DISMISSED and this case is ordered closed.

_____ : ___0___

Initials of Preparer     lmb